### In re TURETZ.

(District Court, E. D. Pennsylvania.   May 7, 1913.)

#### No. 3,670.

BANKRUPTCY (§ 226*)—REVIEW OF ORDER OF REFEREE—CERTIFICATE OF REFEREE.

 The report of a referee of a hearing and order on a motion to require delivery of property to a trustee in bankruptcy should contain his finding of the ultimate facts in issue, and not merely a summary of the evidence on which his order was based.

 [Ed. Note.—For other cases, see Bankruptcy, Dec. Dig. § 226.*]

In the matter of Reuben E. Turetz, bankrupt. On review of order of referee. Reversed.

David Bortin and Furth, Singer & Bortin, all of Philadelphia, Pa., for bankrupt.

Harry S. Mesirov and J. Howard Reber, both of Philadelphia, Pa., for trustee.

J. B. McPHERSON, Circuit Judge.  We regret the necessity of returning this matter to the excellent and careful referee by whom the order of November 22, 1912, was made. The trouble with his report is that (no doubt from inadvertence) he does not find the ultimate facts of the dispute, but practically confines himself to a summary of the testimony and a statement of his disbelief therein. But this is merely negative, and we need something definite, especially when we consider what may be the consequences of a failure to comply with an order to deliver the goods in controversy to the trustee. We need to know the facts, not merely the evidence about the facts; and this is emphasized by the mass of testimony that has been taken, and by the fact that the referee heard and saw the witnesses and is much better able to find the facts than we can possibly be. To illustrate what kind of findings is required, we may ask the following questions: What has become of the goods in question? Were they sold? If so, what are the details of the sale, as far as possible? If not sold, where are they, and in whose possession or control? These questions are not intended to be exhaustive, but may serve as illustrations.

The order of November 22, 1912, is therefore reversed, and the inquiry is recommitted to the referee for a supplemental report in accordance with the foregoing opinion. The usual notice of the preparation of the report and of the new order to be given to counsel,

so that they may take such action with reference thereto as they may think advisable. The report to be prepared and submitted to counsel for this purpose within 10 days.